O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON D. CARROLL,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CORRECTIONAL OFFICER S.<br>READ, et al.,<br><br>                    Defendants. | Case No. CV 10-6964-CJC (DTB)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

        IT THEREFORE IS ORDERED that defendants' Motion to Dismiss plaintiff's SAC for failure to comply with Fed. R. Civ. P. 8 and failure to state a claim upon which relief can be granted is granted with leave to amend; that defendants' Motion to Dismiss plaintiff's SAC based on qualified immunity is denied without prejudice; and plaintiff is ordered, if he still desires to pursue this action, to file a Third Amended Complaint remedying the deficiencies discussed in the Report and Recommendation within thirty (30) days of the service of this Order.

1    If plaintiff chooses to file a Third Amended Complaint, it should bear the

2    docket number assigned in this case; be labeled "Third Amended Complaint"; and be

3    complete in and of itself without reference to the original Complaint, the First

4    Amended Complaint, the Second Amended Complaint, or any other pleading,

5    attachment, or document.  The Clerk is directed to send plaintiff a blank Central

6    District civil rights complaint form, which plaintiff is encouraged to utilize.

7    **Plaintiff is admonished that, if he fails to timely file a Third Amended**

8    **Complaint within the time allotted, the same can be construed as a failure to**

9    **prosecute the action and, therefore, can be a basis for dismissal.**

11   Dated: April 30, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2

_____
FULL NAME

_____
COMMITTED NAME (if different)

_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

_____

_____
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER

_____

*To be supplied by the Clerk*

PLAINTIFF,

v.

DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes   ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed?  ☐ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _____
(print plaintiff's name)

who presently resides at _____,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

on (date or dates) _____ , _____ , _____ .
                  (Claim I)            (Claim II)         (Claim III)

**NOTE**:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant _____ resides or works at
              (full name of first defendant)

        _____
        (full address of first defendant)

        _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____
    _____

2.  Defendant _____ resides or works at
              (full name of first defendant)

        _____
        (full address of first defendant)

        _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____
    _____

3.  Defendant _____ resides or works at
              (full name of first defendant)

        _____
        (full address of first defendant)

        _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____
    _____

4.  Defendant _____ resides or works at
       (full name of first defendant)

    _____
       (full address of first defendant)

    _____
       (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____


5.  Defendant _____ resides or works at
       (full name of first defendant)

    _____
       (full address of first defendant)

    _____
       (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**D.  CLAIMS\***

**CLAIM I**

The following civil right has been violated:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E.  REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____          _____
          *(Date)*                                    *(Signature of Plaintiff)*