JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON D. CARROLL, SR.,<br><br>                  Plaintiff,<br><br>          vs.<br><br>CORRECTIONAL OFFICER<br>S. READ, et al.,<br><br>                  Defendants. | Case No. CV10-6964-CJC (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: November 19, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1